UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>25-3434</u>

In re: Hagens Berman Sobol Shapiro LLP
(E.D. Pa. No. 2:11-cv-05782)

**ORDER**

To facilitate electronic filing for larger groups of parties represented by the same attorney, the first named party in each group will be the designated filer, as follows:

For all plaintiffs represented by Ashley A. Bede, Esq., or any other attorney from the law firm of Hagens Berman Sobol Shapiro LLP, the designated filer shall be Steven Lucier.

Counsel is advised that the designated filer is for cm/ecf filing purposes only. Names of all represented parties must be listed on all forms, motions, and briefs. Attorneys representing smaller groups of parties must select all individual persons or entities as filers in cm/ecf.

For the Court,

 s/ Patricia S. Dodszuweit
Clerk

Dated: December 16, 2025
Lmr/cc: All Counsel of Record
Glenda Johnson
John Marshall
Carolyn Sampson
Richard Anderson

Jose Navamuel
Terrie Bolton
Yvonne English-Monroe
Carolyn Jean Grover
Mary Sells