UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **25-3434**

In re: Hagens Berman Sobol Shapiro LLP

To:     Clerk

1)   Motion by Petitioners to File Under Seal Petition for Writ of Mandamus and Appendix Volumes 3, 4, and 5

---

The foregoing motion and any response thereto are referred to the same panel of this Court that will consider the petition for writ of mandamus. The sealed petition and appendix volumes 3, 4, and 5 will be held provisionally under seal pending disposition of the motion by the panel.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: December 16, 2025
Lmr/cc: All Counsel of Record
Glenda Johnson
John Marshall
Carolyn Sampson
Richard Anderson
Jose Navamuel
Terrie Bolton
Yvonne English-Monroe
Carolyn Jean Grover
Mary Sells